DEAR, MR. CHRISTOPHER A. PRINE

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 31 2014

CHRISTOPHER A. PRINE
CLERK CM

MR, ANDRE RAMON McCALL
TDC# 912725
FRENCH ROBERTSON UNIT
12071 FM 3522
ABILENE, TX. 79601

RE: COURT OF APPEALS # 01-00-00408-CR
TRIAL COURT CASE # 750559

    I would like to purchase a requested copy of state's witness Mr. Eugene Golden, trial testimony, that took place in the order of mistrial on 8/31/99. The state's hired a speech interpreter for him to testify in the proceedings.
    I also need a copy of state's witness Mr. Willie Wagne Burnette, trial testimony in the same proceedings.
    If you will notify of the asking price, I will pay you for the trial transcripts.

Respectfully Submitted
Andre R. McCall
12/28/14

ABILENE TX 796

29 DEC 2014 PM 1 T

Mr. Andre R. McCall
TDC# 912725 - 1921B
ROBERTSON UNIT
12071 FM 3522
Abilene, Tx. 79601

Mr. CHRISTOPHER A. PRINE
CLERK OF THE COURT
COURT OF APPEALS FIRST DISTRICT
301 Fannin Street
Houston, Tx 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON TEXAS

DEC 31 2014

CHRISTOPHER A. PRINE
CLERK

7700232066